In The


Court of Appeals


Sixth Appellate District of Texas at Texarkana



______________________________



No. 06-02-00024-CR


______________________________




ROBERT GENE JOSEY, Appellant



V.



THE STATE OF TEXAS, Appellee




 


On Appeal from the 194th Judicial District Court


Dallas County, Texas


Trial Court No. F-0115048-TM




 




Before Morriss, C.J., Ross and Grant*, JJ.


Opinion by Justice Grant




_____________

*Ben Z. Grant, Justice, Retired, Sitting by Assignment



O P I N I O N



 Robert Gene Josey appeals from his conviction for aggravated sexual assault. He was
convicted in two separate cases of aggravated sexual assault. Those causes were consolidated for
trial, have been appealed separately, and have been consolidated for purposes of briefing.

 The contentions are identical in each appeal. For the reasons stated in Josey v. State, No. 06-02-00023-CR, we likewise affirm Josey's conviction in the case at bar.

 We affirm the judgment.



 Ben Z. Grant

 Justice*



*Ben Z. Grant, Justice, Retired, Sitting by Assignment



Date Submitted: October 10, 2002

Date Decided: January 8, 2003


Do Not Publish